ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT

2006 JAN 18  PM 5: 34

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

CLERK _B McCarthy_
SO. DIST. OF GA.

| | |
|---|---|
| KATHRYN A. HUBBARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 104-190 |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is **DISMISSED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of defendant.

SO ORDERED this 18th day of January, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE